UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OWLANE DUNKLEY,<br><br>    Plaintiff,<br><br>v.<br><br>CORRECTIONS CORPORATION OF AMERICA, *et al.*,<br><br>    Defendants. | Case No. 13-cv-162-L(BLM)<br><br>**ORDER GRANTING DEFENDANT UNITED STATES OF AMERICA'S MOTION TO DISMISS [Doc. # 10]** |

On June 17, 2013, the United States filed a motion to dismiss Plaintiff Olwane Dunkley's claims of negligence and medical malpractice pursuant to Federal Rule of Civil Procedure 12(b)(1) because the Court lacks subject matter jurisdiction. [Doc. # 10.] The United States argues it is immune from suit under the Federal Tort Claims Act's Independent Contractor Exception. On July 8, 2013, Plaintiff filed his response and consented to the dismissal of the United States without prejudice. [Doc. # 15.]

//

//

Based on the foregoing, Defendant United States of America's Motion to Dismiss is **GRANTED** without prejudice. The claims against the Corrections Corporation of America remain pending.

**IT IS SO ORDERED**.

DATED: August 1, 2013

_____
M. James Lorenz
United States District Court Judge

COPY TO:

HON. BARBARA LYNN MAJOR
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL